# EXHIBIT A


CHAMP
CITY


CHAMP