# EXHIBIT B


CHAMP CITY
OKC
Oklahoma City