# EXHIBIT C


ANA
3
94
OKC 89
4TH 8:15 :24
REP YOUR THUNDER WHEREVER YOU GO OKCTHUNDER.COM/SHOP
77
Emirates