# EXHIBIT D


1:43
5G
google.com
Free shipping
Sort
Men's
2025 NBA
CHAMPIONS
Oklahoma City OKC Thunder...
$28.00
Etsy - Seller
47 Oklahoma City Thunder Blue 2025...
$38.00
Rally House
CHAMPS
CHAMP CITY
OKC
Oklahoma City
OKC THUNDER 2025 NBA CHAMPIO...
$39.95 $65
Official Thunder Shop
Oklahoma City Thunder Men's NBA...
$32.00
DICK'S Sporting Goods
NBA
CHAMPIONS
20 25
THUNDER
OKC
CHAMPIONS
Nike Oklahoma City Thunder 2025 NB...
$75.00
eBay
OKC THUNDER 2025 NBA CHAMPIO...