# EXHIBIT E

dickssportinggoods.com

Licensed Collections    Fan Shop Hyperlocal Gear

## Where I'm From Adult Oklahoma City Thunder NBA Champions T-Shirt

Write a Review




**$32.00**

**Size:** S

| S | L |

T What's My Size?

Size Chart

| **Ship** Available Est: Mon 2/16-Wed 2/18 | Free Store Pickup Not available | Same Day Delivery Not available to 10001 |
|---|---|---|