Clingman
1125 NW 199th St.
Edmond, OK 73012

9405 5508 9876 5000 4828 12

USPS TRACKING #

P

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Jul 13 2026
Mailed from ZIP 73012
PRIORITY MAIL
ZONE 1 FLAT-RATE ENV
11923275
Commercial

endicia

063S0011485630

USPS PRIORITY MAIL ®

Leonard K. Clingman
1125 NW 199TH ST
EDMOND OK 73012-3403

C005

RECEIVED

SHIP TO:

Clerk of Court
U.S. District Courthouse
200 NW 4TH ST STE 1210
OKLAHOMA CITY OK 73102-3027