Clingman
1125 NW 199th St.
Edmond, OK 73012

OKLAHOMA CITY OK 730
18 AUG 2026 PM 6 L

Freedom 250

USA
FOREVER

United States Courthouse
200 NW 4th St. STE 1210
Oklahoma City, OK 73102

RECEIVED
AUG 20 2026
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

73102-302710