FILED

SEP 17 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________ DEPUTY

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

Index No.: 5:26-cv-01840

Leonard K. Clingman,
(Plaintiff),

v.

Where I'm From Apparel, LLC, *et al.*,
(Defendants).

**DECLARATION IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION SEEKING COSTS OF SERVICE PURSUANT TO FRCP 4(d)(2) AND OPENING BRIEF IN SUPPORT**

I, Leonard K. Clingman, state the following in support of my motion seeking expenses of service in this action pursuant to FRCP 4(d)(2);

1. I am the pro se plaintiff in this action and have first-hand knowledge of the issues and facts of this matter except for those matters stated upon information and belief, which I believe, upon information available to me, to be true.
2. On July 15th, 2026, I sent the complaint in this action, notice of lawsuit and request for waiver of service and two waiver forms as required by FRCP Rule 4(d) to each defendant. [see Exhibits A & B, which are true and accurate copies]
3. Neither defendant responded to this request, nor have they returned the waiver of service form.
4. I chose email as the "other reliable means", as allowed by FRCP 4(d)(1)(G), for sending these documents to defendant Dick's Sporting Goods, Inc. ("DSG") because DSG's Senior Corporate Counsel, Bazsi Takacs, had been previously communicating with me via the email address I sent these documents to and, therefore, I had sufficient

reason to believe, and do believe upon information and belief, that these documents would, and did, reliably reach DSG and DSG has chosen to not respond to them.

5. I chose email as the "other reliable means", as allowed by FRCP 4(d)(1)(G), for sending these documents to defendant Where I'm From Apparel, LLC ("WIF") because I had previously, in February 2026, sent USPS mail to WIF at the address listed with the Ohio Secretary of State as the address for service on WIF and that mail was returned as undeliverable. Further, the email address to which I sent these documents is the primary contact email listed by WIF on their website, www.whereimfrom.com. Accordingly, I had sufficient reason to believe, and do believe upon information and belief, that these documents would, and did, reach WIF and WIF has chosen not to respond to them.
6. Neither defendant returned the waiver of service form to me.
7. Accordingly, on August 28th, 2026, I arranged for each defendant to be served via process server and paid $260, or $130 per defendant [see Exhibit C, which is a true and accurate copy] for this. I now respectfully seek to recover that cost, as well as pre and post judgment interest, pursuant to FRCP Rule 4(d)(2).
8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10th, 2026

/s/ Leonard K. Clingman

Plaintiff pro se
1125 NW 199th St.
Edmond, OK 73012
646-881-8777
keithclingman@gmail.com