# EXHIBIT A

Gmail

Keith Clingman <keithclingman@gmail.com>

## Allegations Regarding CHAMP CITY Application

**Keith Clingman** <keithclingman@gmail.com> Wed, Jul 15, 2026 at 11:33 AM
To: "TAKACS, BAZSI" <Bazsi.Takacs@dcsg.com>
Cc: "Raynovich, Mia H" <Mia.Raynovich@dcsg.com>

Mr. Takacs,

Please see the attached complaint (which was filed by mail with the Oklahoma Western District Court today), FRCP Rule 4 request for waiver of service of the summons in this case and two copies of the waiver.

If you are not authorized by DSG to receive service of process, please let me know who is and how they may be reached by email and USPS mail.

Thank you.

-Keith Clingman

[Quoted text hidden]

**4 attachments**

**Request for Waiver of Service - DSG.pdf**
159K

**Waiver of Service.pdf**
71K

**Complaint.pdf**
10562K

**Waiver of Service.pdf**
71K

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF THE STATE OF NEW YORK**

---

**LEONARD K. CLINGMAN**, a natural person,
Plaintiff,

**Case No:**

v.

**WHERE I'M FROM APPAREL, LLC,** and
**DICK'S SPORTING GOODS INC.,**
Defendants.

---

_

**FRCP RULE 4 NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To:

Dick's Sporting Goods Inc.
Attn: Bazsi Takacs - Senior Corporate Counsel
345 Court St.
Coraopolis, PA 15108
bazsi.takacs@dcsg.com

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court. The case does not yet have an index number but that number will be provided to you once it is assigned. A copy of the complaint which has been filed with this court is attached.

This is not a summons, or an official notice from the court. It is a request pursuant to the Federal Rules of Civil Procedure 4(d)(1) that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed. One copy is for you to keep. Please email the second copy back to me within 30 days at keithclingman@gmail.com.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court, pursuant to FRCP Rule 4(d)(2) to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Dated: July 15th, 2026

/s/ Leonard K. Clingman
By: ______________________

Leonard K. Clingman
Plaintiff pro se
1125 NW 199th St.
Edmond, OK 73012
646-881-8777
keithclingman@gmail.com

encl:
Summons
Two copies of Rule 4 waiver form

**via email to bazsi.takacs@dcsg.com**

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

####

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF THE STATE OF OKLAHOMA**

---

**LEONARD K. CLINGMAN,**
Plaintiff,

**Case No:**

v.

**WHERE I'M FROM APPAREL, LLC,** and
**DICK'S SPORTING GOODS INC.,**
Defendants.

---

**RULE 4 WAIVER OF THE SERVICE OF SUMMONS**

To: Leonard K. Clingman
keithclingman@gmail.com

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a no-cost means (e-mail) of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 30 days from July 15th, 2026, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: ______________

Signature:

Printed:

Address:

Phone:

Email: