# EXHIBIT C

Gmail **Keith Clingman <keithclingman@gmail.com>**

## Your ABC Legal Services receipt [#1628-5282]

**ABC Legal Services** <receipts+acct_19R1ptA9X1vjXapS@stripe.com> Fri, Aug 28, 2026 at 3:26 PM
Reply-To: ABC Legal Services <prepays@abclegal.com>
To: keithclingman@gmail.com

# Receipt from ABC Legal Services

Receipt #1628-5282

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $260.00 | Aug 28, 2026, 12:24:45 PM | VISA - 9057 |

**SUMMARY**

| | |
|---|---|
| WIF/DSG | $260.00 |
| **Amount paid** | **$260.00** |

If you have any questions, visit our support site at **https://abclegal.com** or contact us at **prepays@abclegal.com**.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at ABC Legal Services, which partners with Stripe to provide invoicing and payment processing.

Gmail Keith Clingman <keithclingman@gmail.com>

## Invoice for Reference ID WIF/DSG

**noreply@abclegal.com** <noreply@abclegal.com> Fri, Aug 28, 2026 at 4:52 PM
To: keithclingman@gmail.com

Hello,

Please see the attached invoice.

**Invoice Date:** 08/28/2026
**Amount:** $260.00
**Reference ID:** WIF/DSG
**Case #:** 5:26-cv-01840-D
**Case Title:** Leonard K. Clingman v. Where I'm From Apparel, LLC; Dick's Sporting Goods, Inc

Stay up to date on the status of your order. Sign in to your account to send us a message, view recent updates, and access photos and documents.

We appreciate your business.

Thank you,
ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your **email notifications** from your profile settings.

**invoice.pdf**
49K