LEONARD K CLINGMAN
1125 NW 199TH ST
Edmond OK 73012-3403

USPS APIs

09/10/2026
**U.S. POSTAGE**
$2.27
**LFP**

RECEIVED
SEP 17 2026
Clerk, U.S. District Co
WEST.DIST.OF OK

UNITED STATES COURTHOUSE / CLERK
200 NW 4TH ST STE 1210
OKLAHOMA CITY OK 73102-3027