**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LEONARD K. CLINGMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1840-D |
| | ) | |
| WHERE I'M FROM APPAREL, LLC; and DICK'S SPORTING GOODS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants, Where I'm From Apparel, LLC and Dick's Sporting Goods, Inc. I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

DATED this 18th day of September, 2026.

*s/ Zachary A.P. Oubre*

Zachary A.P. Oubre, OBA # 30666
McAFEE & TAFT A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
(405) 228-7334 (fax)
zach.oubre@mcafeetaft.com

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

I also certify that on this 18th day of September, 2026, I emailed and mailed via first class mail a copy of the attached document on the following, who is not a participant of the ECF system:

Leonard K. Clingman
1125 NW 199th St.
Edmond, OK 73012
(646) 881-8777
keithclingman@gmail.com
***Pro Se Plaintiff***

*s/ Zachary A.P. Oubre*