**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LEONARD K. CLINGMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1840-D |
| | ) | |
| WHERE I'M FROM APPAREL, LLC; and DICK'S SPORTING GOODS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**OPPOSED MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANTS, TO FILE RESPONSIVE PLEADING**

Defendants Where I'm From Apparel, LLC ("WIFA") and Dick's Sporting Goods, Inc. ("DSG", collectively "Defendants"), request an extension until September 30, 2026 by which to file their respective responsive pleadings to the Complaint [Doc. #1]. In support, Defendants state as follows:

1. Plaintiff filed his Complaint on July 20, 2026.

2. DSG was served on August 31, 2026, which would make its response to the Complaint due September 21, 2026.

3. WIFA was served on September 1, 2026, which would make its response to the Complaint due September 22, 2026.

4. The undersigned counsel for Defendants was only recently retained this week and requires additional time to review Plaintiff's allegations and prepare pleadings responsive thereto. Defendants are not based in Oklahoma, and it took time following service to discuss this matter with one another and retain the undersigned thereafter.

5. Therefore, Defendants request that the Court grant them an extension of time until September 30, 2026 to file and serve their responsive pleading(s) to the Complaint.

6. This request is for an extension of only nine (9) days and would have Defendants filing their responsive pleading(s) within one (1) month of service.

7. The requested extension is not for the purpose of delay and is for good cause to accommodate the time needed for Defendants to engage the undersigned and for the undersigned to review Plaintiff's Complaint and work on responsive pleadings as noted above.

8. No previous extensions of time have been requested. There are no scheduled trial date or other deadlines in this case. Consequently, if granted, the requested extension will have no impact on any trial or scheduled deadlines other than the answer/response deadlines which are the subject of the present motion.

9. The undersigned counsel for Defendants reached out to Plaintiff (who is *pro se*) who stated he opposes the present request.

10. A proposed order granting this motion is submitted separately herewith.

WHEREFORE, Defendants request that the Court grant it an extension of time until September 30, 2026 to file its responsive pleading to the Complaint.

Respectfully submitted,

*s/ Zachary A.P. Oubre*
Zachary A.P. Oubre, OBA # 30666
McAFEE & TAFT A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
(405) 228-7334 (fax)
zach.oubre@mcafeetaft.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

I also certify that on this 18th day of September, 2026, I emailed and mailed via first class mail a copy of the attached document on the following, who is not a participant of the ECF system:

Leonard K. Clingman
1125 NW 199th St.
Edmond, OK 73012
(646) 881-8777
keithclingman@gmail.com
***Pro Se Plaintiff***

*s/ Zachary A.P. Oubre*