**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LEONARD K. CLINGMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-26-1840-D |
| WHERE I'M FROM APPAREL, LLC, *et al*., | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Defendants Where I'm From Apparel, LLC and Dick's Sporting Goods, Inc.'s Opposed Motion for Extension of Time for Defendants to File Responsive Pleading [Doc. No. 11]. Plaintiff proceeding *pro se*, has indicated that he opposes Defendants' Motion. Plaintiff is hereby ordered to file his brief in opposition, if any, to Defendants' motion no later than September 28, 2026 at 4:00 p.m.

**IT IS SO ORDERED** this 21th day of September, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE