**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LEONARD K. CLINGMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1840-D |
| | ) | |
| WHERE I'M FROM APPAREL, LLC; and DICK'S SPORTING GOODS, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**REPLY TO OPPOSED MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANTS, TO FILE RESPONSIVE PLEADING**

Defendants Where I'm From Apparel, LLC ("WIFA") and Dick's Sporting Goods, Inc. ("DSG", collectively "Defendants") hereby withdraw their opposed request for an extension by which to file their responsive pleadings. So as not to burden the Court with resolving the factual disputes raised by and through those extension request filings, and in an effort to preserve the resources of the parties and the Court, Defendants shall be filing a responsive pleading today and earlier than expected when they sought their extension.

Respectfully submitted,

*s/ Zachary A.P. Oubre*
Zachary A.P. Oubre, OBA # 30666
McAFEE & TAFT A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
(405) 228-7334 (fax)
zach.oubre@mcafeetaft.com
***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

I also certify that on this 21st day of September, 2026, I emailed and mailed via first class mail a copy of the attached document on the following, who is not a participant of the ECF system:

Leonard K. Clingman
1125 NW 199th St.
Edmond, OK 73012
(646) 881-8777
keithclingman@gmail.com
***Pro Se Plaintiff***

*s/ Zachary A.P. Oubre*