G

$6.93
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®

09/19/2026
0 lb 4 oz

Mailed from 73012 403585218375363

**USPS GROUND ADVANTAGE™**

Created 2026-09-18

LEONARD K CLINGMAN
1125 NW 199TH ST
EDMOND OK 73012-3403

RDC 01

C005

U.S. COURTHOUSE / CLERK OF COURT
200 NW 4TH ST STE 1210
OKLAHOMA CITY OK 73102-3027

**USPS TRACKING #**

9400 1301 0935 5779 6700 64

RECEIVED

SEP 24 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.