**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

LEONARD K. CLINGMAN, )
)
Plaintiff, )
)
v. ) Case No. CIV-26-1840-D
)
WHERE I'M FROM APPAREL, LLC, *et al.*, )
)
Defendants. )

**ORDER**

Before the Court is Defendants' Opposed Motion for Extension of Time for Defendants to File Responsive Pleading [Doc. No. 11]. In a separate filing, Defendants advised the Court they were withdrawing their opposed Motion and would be filing a responsive pleading within time. [Doc. No. 13]. On September 21, 2026, Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) [Doc. No. 14], which renders the instant motion moot.

IT IS THEREFORE ORDERED that Defendants' Motion [Doc. No. 11] is D**ENIED AS MOOT**.

IT IS SO ORDERED this 1st of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE