# EXHIBIT A

Google

where i'm from apparel oklahoma

Sponsored Result

Where I'm From Apparel
https://www.whereimfrom.com

Represent Oklahoma Proudly

Where I'm From Official Store — Our unique designs are created by our in-house team to produce truly one of a kind apparel. Whether you're going to the game or lounging at home, represent where you come from Local to your State.