# EXHIBIT B

Google Shopping

Search | Nearby | Deals | For you

Men's | Women's | Nearby | Boys' | Oklahoma Sooners | Girls' | On sale | Kids' Shirts | T-shirt

**Refine results**

- Nearby
- On sale
- Get it by Fri
- New
- See more

**Department**

- ☐ Men's
- ☐ Women's
- ☐ Boys'
- ☐ Girls'
- ☐ Unisex

**Category**

- Kids' Shirts
- Shirts & Tops
- Coats & Jackets
- Hats
- See more

**Style**

- ☐ T-shirt
- ☐ Sweatshirt
- ☐ Sweater

**Price**

- Under $25
- $25 - $60
- Over $60
- $ Min | $ Max | Go

**Sleeve Style**

- ☐ Long Sleeve
- ☐ Half Sleeve

**Product Rating**

- ★★★★ 4 and up

**Size Type**

- ☐ Regular
- ☐ Petite

**Pattern**

- ☐ Solid
- ☐ Striped
- ☐ Polka Dot

**Fit**

- ☐ Relaxed
- ☐ Oversize
- ☐ Slim

**Material**

## Browse products




Where I'm From Adult Oklahoma Maroon...
$32.00
dickssportinggood...
Free delivery on $49+
Up to 2%
Up to 2% Cash Back




Where I'm From Adult Oklahoma Lightning T...
$32.00
DICK'S Spo... & more
5.0 ★★★★★ (1)
Up to 2%
Up to 2% Cash Back




Where I'm From Adult Oklahoma City Black...
$9.97 ~~$32~~
DICK'S Sporting G...
Up to 2%
Up to 2% Cash Back



Where Im From Oklahoma City...
$36.99
Rally House



Men's Where I'm From Adult Oklahoma City
$35.00
DICK'S Spo... & more
Up to 2%
Up to 2% Cash Back




Where I'm From Adult Oklahoma Script...
$65.00
DICK'S Spo... & more
Up to 2%
Up to 2% Cash Back




Where I'm From Adult Oklahoma White 2026...
$17.97 ~~$38~~
DICK'S Sporting G...
Up to 2%
Up to 2% Cash Back



Oklahoma Back Where I Come
$24.00
Time Flys Clothing




Where I'm From Adult Oklahoma City Blue...
$65.00
DICK'S Sporting G...
Up to 2%
Up to 2% Cash Back



Where I'm From Adult Oklahoma Ash 'Hittin ...
$32.00
DICK'S Sporting G...
Up to 2%
Up to 2% Cash Back




Where I'm From Adult Oklahoma Gray Stripe...
$14.97 ~~$32~~
DICK'S Sporting G...
Up to 2%
Up to 2% Cash Back



Where I'm From Adult Oklahoma Oatmeal...
$32.00
DICK'S Spo... & more
Up to 2%
Up to 2% Cash Back




Where I'm From Women's Oklahoma...
$65.00
DICK'S Sporting G...
5.0 ★★★★★ (1)
Up to 2%
Up to 2% Cash Back




Where I'm From Adult Oklahoma City Code...
$65.00
DICK'S Spo... & more
Up to 2%
Up to 2% Cash Back




Where I'm From Unisex Indy Fuel Grey...
$26.97 ~~$70~~
Going Going Gone




Where I'm From Adult Oklahoma City Black...
$65.00
DICK'S Sporting G...




Where I'm From Adult Oklahoma City White...
$32.00
DICK'S Sporting G...




Where I'm From Women's OKC City...
$34.00
dickssportinggood...
Free delivery on $49+




Where I'm From Adult Oklahoma Red Golf T...
$32.00
DICK'S Spo... & more



Where I'm From Adult Oklahoma Black Big...
$32.00
DICK'S Sporting G...

K'S

What are you looking for?

House Of Sport
Open Until 9:00 PM

10001
Delivery Location

My Account
Sign In to Earn Points

New & Trending | Sports | Golf | Shoes | Women | Men | Kids | Accessories | Fan Shop | Exercise & Wellness | Outdoor | Sale

l Collections  Fan Shop Hyperlocal Gear



## Where I'm From Women's Oklahoma City Grey State Cropped Long Sleeve T-Shirt

Write a Review

**$65.00**

Size: XS

XS | S | M | L

Size Ch

What's my size?

**Ship**
Available
Est: Tue 10/13-Thu 10/15

Free Store Pickup
Not available

Same Day D
Not available to

Cl

K'S

What are you looking for?

House Of Sport
Open Until 9:00 PM

10001
Delivery Location

My Account
Sign In to Earn Points

Cart

New & Trending | Sports | Golf | Shoes | Women | Men | Kids | Accessories | Fan Shop | Exercise & Wellness | Outdoor | Sale

ɪ Collections Fan Shop Hyperlocal Gear




## Where I'm From Women's Oklahoma City Black Easy T-Shirt

Write a Review

**$34.00**

**Size:** XS

XS | S | M | L | XL

What's my size?

Size Chart

**Ship**
Available
Est: Tue 10/13-Thu 10/15

Free Store Pickup
Not available

Same Day D
Not available to

Chat

CK'S What are you looking for?

House Of Sport
Open Until 9:00 PM

10001
Delivery Location

My Account
Sign In to Earn Poin

New & Trending Sports Golf Shoes Women Men Kids Accessories Fan Shop Exercise & Wellness Outdoor

ısed Collections Fan Shop Hyperlocal Gear




# Where I'm From Women's Oklahoma Repeat Cropped Fleece Sweatshirt

★★★★★ 5 (2) | (2)

**$65.00**

Size: S

XS S L XL

What's my size?

**Ship**
Available
Est: Tue 10/13-Thu 10/15

Free Store Pickup
Not available

Same Day
Not available

K'S

What are you looking for?

House Of Sport
Open Until 9:00 PM

10001
Delivery Location

My Account
Sign In to Earn Points

Cart

New & Trending | Sports | Golf | Shoes | Women | Men | Kids | Accessories | Fan Shop | Exercise & Wellness | Outdoor | Sale

d Collections Fan Shop Hyperlocal Gear




# Where I'm From Adult Oklahoma Maroon Norm T-Shirt

Write a Review

**$32.00**

**Size:** XXL

What's my size?

Size Chart

**Ship**
Available
Est: Tue 10/13-Thu 10/15

Free Store Pickup
Not available

Same Day Delivery
Not available to 10001

Ship to 10001

Only 4 left!