# EXHIBIT C

/hereimfrom.com

## More Ways to Find Us

In addition to our own stores, we're proudly carried at select retailers across the country!

DICK'S SPORTING GOODS

TARGET

RALLY HOUSE LOCAL STUFF

DSW Designer Shoe Warehouse

OHIO STADIUM

Nationwide Arena