# EXHIBIT D

ogle

where i'm from apparel oklahoma

Sponsored Products



Where Im From Oklahoma City Womens Natural...
**$36.99**
Rally House
Store rating 4.6/5




OSU Basketball Brutus Dribbling Oatmeal Tee | Mad...
**$34.95**
Where I'm From...
Free
30-day returns




Where I'm From Adult Oklahoma Oatmeal Swing T-...
**$32**
DICK'S Sportin...
Free 90-day returns
Store rating 4.8/5




Where I'm From Adult Oklahoma Red Golf T-Shirt, Men's,...
**$32**
DICK'S Sportin...
Free 90-day returns
Store rating 4.8/5




Where I'm From Women's Oklahoma City Black Easy T-...
**$34**
DICK'S Sportin...
Free 90-day returns
Store rating 4.8/5




OSU "The Shoe" Ash Graphic Tee | Made in America | Where...
**$34.95**
Where I'm From...
Free
30-day returns